STATE of Missouri, Respondent,

v.

Kenneth W. SHUMATE, Appellant.

WD 76977

Missouri Court of Appeals,
Western District.

ORDER FILED: April 14, 2015

Ellen Flottman, Columbia, MO, Counsel for Appellant

Adam Rowley, Jefferson City, MO, Counsel for Respondent

Before Division Three: Victor C. Howard, P.J., James Edward Welsh, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Kenneth W. Shumate appeals from the circuit court's judgment, after a bench trial, convicting him of one count of sexual exploitation of a minor, two counts of statutory rape in the second degree, six counts of statutory sodomy in the second degree, and three counts of statutory sodomy in the first degree. We affirm. Rule 30.25(b).